UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ELIZABETH STEFAN, )<br>aka, STEFAN GYORGNE, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>JEFFREY J. STESIAK, ESQ. and, )<br>SWEENEY, PFEIFER, )<br>MORGAN & STESIAK, )<br>  )<br>  Defendants. ) | No. 3:08 CV 471 |

### O R D E R

Having been advised by a mediator that a settlement has been reached in the above-captioned action, the undersigned District Judge **DIRECTS** the Clerk of Court to **ENTER JUDGMENT OF DISMISSAL** with prejudice thirty (30) days after this order is docketed.  Each party shall bear her/its own costs, unless otherwise provided in the settlement documents.

If the parties fail to finalize the settlement documents within the thirty-day period, they may– before that period expires –move to postpone entry of judgment to a later date.

Due to the settlement of this action, the Court now **DENIES AS MOOT** all pending motions, and **CANCELS** all settings herein.  Counsel are reminded that if trial witnesses have been subpoenaed, COUNSEL MUST NOTIFY ALL WITNESSES that they are not to appear.

                              SO ORDERED.

Date: July 10, 2012

                              s/James T. Moody
                              JUDGE JAMES T. MOODY
                              UNITED STATES DISTRICT COURT