

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

ELIZABETH STEFAN a/k/a Stefan Gyorgne    )
Plaintiff(s)    )
V.    )    Civil Action No.   3:08cv471
JEFFREY J STESIAK ESQ,    )
SWEENEY PFEIFER MORAN & STESIAK    )
Defendant(s)    )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____ .

☒ other:   JUDGMENT OF DISMISSAL WITH PREJUDICE is entered.  Each party shall bear her/its own costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

| | |
|---|---|
| Date    August 13, 2012 | CLERK OF COURT |
| | s/K Schwenk |
| | *Signature of Clerk or Deputy Clerk* |